**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GILBERT GONZALES,             )    NO. ED CV 13-663-AS
                               )
            Plaintiff,     )
                               )    **JUDGMENT**
        v.               )
                               )
CAROLYN W. COLVIN,         )
Acting Commissioner of Social  )
Security,                  )
                               )
           Defendant.     )
_____)

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

    DATED:  August 28, 2014.

                                 /s/
                             _____
                             ALKA SAGAR
                             UNITED STATES MAGISTRATE JUDGE